UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21349-CIV-ALTONAGA

**EMILIO PINERO**,

    Plaintiff,
v.

**LUDOVICI BUILDING THREE, INC** and
**PIERRE'S CARIBBEAN CUISINE LLC**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement [ECF No. 20], filed on June 18, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of June, 2024.

                                                */s/ Cecilia M. Altonaga*
                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record